Harry Rapp, Respondent, v. Tillie Rapp, Appellant.— Order affirmed, without costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Manhattan Mortgage Company, Respondent, v. Edwina Company, Inc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Morris Kashowitz, Appellant, v. Nathan Kanrich and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of William Scott, Deceased.— Appeal withdrawn. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Adam Frank v. Charles M. Howe.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Raymond Austin v. Staten Island Railway Company.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William A. Mallett v. John P. Mitchel and Others.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Morris Seligman v. Louis Freehoff.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clark and Scott, JJ.

Augusta Greenspan v. Louis J. Kaufman.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Harry Seligman v. Louis Freehoff.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Catherine O'Connor v. Post & McCord.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edward E. O'Connor v. Post & McCord.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Alexander Fischel v. Meyer Friedlander.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Clinton W. Kinsella v. Imperial Property Company and Others.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.